LEHIGH VALLEY RAILROAD CO. v. MONK. (Circuit Court of Appeals, Second Circuit. November 13, 1918.) No. 21. In Error to the District Court of the United States for the Southern District of New York. Action between the Lehigh Valley Railroad Company and Otto Monk. There was a judgment for the latter, and the former brings error. Affirmed. Alexander & Green and Allan McCulloh, all of New York City (William W. Green and Edward W. Walker, both of New York City, of counsel), for plaintiff in error. S. A. Machchinski and John C. Robinson, both of New York City, for defendant in error. Before WARD, ROGERS and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.

LONGSON v. BELASCO et al. (Circuit Court of Appeals, Second Circuit. November 13, 1918.) No. 27. Appeal from the District Court of the United States for the Southern District of New York. Suit by Lila Longson against David Belasco and others. From a decree for defendants, complainant appeals. Affirmed. Thomas A. Hill, of New York City, for appellant. A. J. Dittenhoefer, I. M. Dittenhoefer, and Nathan Burkan, all of New York City, for appellees. Before WARD, ROGERS and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.

LOWER LAFOURCHE PLANTING & MFG. CO. et al. v. BREAUX. THE APEX. THE LOUISIANA. (Nos. 3279, 3280.) (Circuit Court of Appeals, Fifth Circuit. January 7, 1919.) Appeals from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. Suits in admiralty by A. P. Breaux against the barge Apex and the barge Louisiana; the Lower Lafourche Planting & Manufacturing Company, claimant. Decrees for libelant, and claimant appeals. Affirmed. L. P. Caillouet, of Thibodaux, La. (Caillouet & Caillouet, of Thibodaux, La., on the brief), for appellants. John D. Grace, of New Orleans, La. (M. A. Grace, of New Orleans, La., on the brief), for appellee. Before WALKER and BATTS, Circuit Judges, and GRUBB, District Judge.

BATTS, Circuit Judge. Appellant had a right to appeal, and is not to be criticized for the exercise of the right. That the amount actually in dispute may be less than attorney's fees paid or costs incurred may evidence fidelity to right rather than litigious obstinacy. It may be that some of the amounts included in the judgment were erroneously allowed, and we might be compelled to further prolong a litigation that has had little excuse for being, but for the fact that the recovery against appellant is somewhat too small because of the exclusion of interest. The judgments are affirmed.

McIVER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 7, 1918.) No. 5159. In Error to the District Court of the United States for the Western District of Oklahoma. Twyford & Smith, of Oklahoma City, Okl., for plaintiff in error. John A. Fain, U. S. Atty., of Lawton, Okl., for the United States.

PER CURIAM. Cause docketed, and writ of error dismissed, without costs to either party in this court, on motion of defendant in error.